# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED**<br>**JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-PO-00170-DLW |
| ANTHONY R. LISTER | RAE DREVES<br>(Defendant's Attorney) |
| | JAMES CANDELARIA<br>(Assistant United States Attorney) |

**THE DEFENDANT:** Pleaded guilty to count(s) 1.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 113(5), 1152 | Assault on an enrolled member of the Ute Mountain Ute Tribe | November 16, 2006 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this amended judgment.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

January 18, 2007
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, United States Magistrate Judge
Name & Title of Judicial Officer

January 26, 2007
Date

DEFENDANT:  ANTHONY R. LISTER
CASE NUMBER:  06-PO-00170-DLW                                      Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

Defendant shall be given credit for time served of 62 days.  The Court suspends the balance of the six month sentence upon with the condition that the Defendant successfully complete the term of supervised probation imposed on this date.

The court makes the following recommendations to the Bureau of Prisons:

Defendant is ordered released today.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal

DEFENDANT:  ANTHONY R. LISTER
CASE NUMBER:  06-PO-00170-DLW                                                                         Judgment-Page 3 of 6

## PROBATION

The defendant is hereby placed on probation for a term of six (6) months.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter for use of a controlled substance, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below).  The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change of residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

DEFENDANT:  ANTHONY R. LISTER
CASE NUMBER:  06-PO-00170-DLW                                                            Judgment-Page 4 of 6

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) the defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in an outpatient program of testing and treatment for drug and alcohol abuse, at the Peaceful Spirits Facility in Ignacio, Colorado, until such time as the defendant has completed the program.  The defendant shall comply with all the rules and regulations of the Peaceful Spirits Facility and comply with any requirements of random testing for alcohol or illegal drugs while enrolled in the treatment program.  The defendant will be required to pay the cost of treatment.

2) The defendant shall not commit any violations of state, local or federal laws while on probation.

3) The defendant shall not consume any alcohol or illegal drugs during the term of his probation.

4) The defendant shall be tested on a daily basis for alcohol or illegal drugs at the Peaceful Spirit Facility in Ignacio, Colorado.  Such testing shall take place at 7:00 a.m. and 7:00 p.m. each day and begin at 7:00 p.m. on this date.

5) The defendant shall not go into the Tee Pee Lounge or the Sidekick Lounge while on probation.

6) The defendant shall seek and maintain employment during the term of his probation.

7) The defendant shall report to the Probation Officer after his release from custody today.

8) The Probation Officer may relax the terms and conditions of probation as he deems appropriate if the defendant is in full compliance with the terms of his supervision.

DEFENDANT:  ANTHONY R. LISTER
CASE NUMBER:  06-PO-00170-DLW                                                           Judgment-Page 5 of 6

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | None | None |
| **Totals:** | $10.00 | $0.00 | $0.00 |

DEFENDANT:  ANTHONY R. LISTER
CASE NUMBER:  06-PO-00170-DLW                                              Judgment-Page 6 of 6

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the fine and other criminal monetary penalties shall be due as follows:

In full not later than February 18, 2007.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special Instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments, except those made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.